Flutie; 16-10302

FILED 6/21/2016
2016 JUN 21 A 10: 16
U.S. DISTRICT COURT
DISTRICT OF MASS

<u>MOTION TO CLOSE 16-10302</u>

<u>MOTION TO TRANSFER FILES</u>

FROM 16-10302 to 15-01145

re: 08-16689

Treated as a motion for voluntary dismissal under Fed. R. Civ. P. 41(a) and motion allowed.

                                                           NMGorton, USDJ 11/22/16

Please. Thank you.

                                                           Sincerely,

                                                                Kenneth Flutie